# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Timothy J. Jacob,

                Plaintiff,        Case No. 19-12016

v.                                    Judith E. Levy
                                    United States District Judge

Commissioner of Social Security,

                                    Mag. Judge Patricia T. Morris

              Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [20]

Before the Court is Magistrate Judge Patricia T. Morris' Report and Recommendation recommending the Court deny Plaintiff's motion for summary judgment (ECF No. 17) and grant Defendant's motion for summary judgment (ECF No. 19). (ECF No. 20.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 20) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 17) is DENIED;

Defendant's motion for summary judgment (ECF No. 19) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: June 18, 2020
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 18, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).